**Appeal Ordered Withdrawn and Opinion issued February 28, 2000**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-99-01672-CR

**BOBBY JOE RADKE, Appellant**

V.

**STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F98-29540-J

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-01672-CR   Date Filed: 10/08/1999

Style: Radke, Bobby Joe
v.
The State of Texas

Trial Judge:            Stephens, Gary
Trial Court Reporter:        Harris, Debbie
Trial Court:        CRIMINAL DISTRICT COURT # 3  Trial County:        DALLAS

---

APP   Adam Seidel
ATT 017999290
3300 Oak Lawn Ave., Suite 600
Dallas, TX 75219
Phone 214/528-3344
Fax 214/528-3377

STA   William T. (Bill) Hill, Jr.
ATT 009669000
ATTN: APPELLATE SECTION
Frank Crowley Courts Bldg., 10th FL
133 N. Industrial Blvd. LB 19
Dallas, TX 75207
Phone 214/653-3845
Fax